1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| RUFUS IDOWU, | Case No: C 10-02672 SBA |
|---|---|
| Plaintiff, | **ORDER DISMISSING ACTION** |
| vs. | |
| WESLEY ASTHEIMER, et al., | |
| Defendants. | |

   The Court previously granted Plaintiff until January 21, 2011, to file a Second Amended Complaint.  1/11/11 Order at 8, Dkt. 29.  In its Order, the Court warned:

> **Should Plaintiff fail to timely file a Second Amended Complaint, the instant action will be dismissed and the file will be closed**.  However, the termination of this action will result in the dismissal with prejudice of any federal claims, but will *not* foreclose Plaintiff from pursuing any state law claims in state court.

Id.  As of the date of this Order, Plaintiff has not filed a Second Amended Complaint.  The Court construes Plaintiff's failure to do so as an indication that he does not desire to pursue any claims based on federal law against YRC, Inc.  Accordingly,

   IT IS HEREBY ORDERED THAT the instant action is DISMISSED, and the action shall be closed.  Plaintiff's federal claims are DISMISSED WITH PREJUDICE as to YRC Inc.  This Order does not prevent Plaintiff from pursuing causes of action based on state law in a state court.

   IT IS SO ORDERED.

Dated: January 31, 2011

*Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT

1  FOR THE
   NORTHERN DISTRICT OF CALIFORNIA
2

3  RUFUS IDOWU,

4          Plaintiff,

5    v.

6  WESLEY ASTHEIMER et al,

7          Defendant.
                                         /
8

9                                          Case Number: CV10-02672 SBA

10                                         **CERTIFICATE OF SERVICE**

11
   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
12 Court, Northern District of California.

13 That on January 31, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said
   copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing
14 said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
   located in the Clerk's office.

15

16

17
   Rufus Idowu
18 2912 14th Avenue #102
   Oakland, CA 94606
19

20 Dated: January 31, 2011
                                           Richard W. Wieking, Clerk
21
                                                 By: LISA R CLARK, Deputy Clerk
22

23

24

25

26

27

28